No. 01–10145. CARTER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10146. SUST v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–10149. BANKS v. AMERENUE. C. A. 8th Cir. Certiorari denied.

No. 01–10150. CAMP v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10151. CORRELL v. ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 01–10153. CLARK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10154. ELINE v. BRILL. C. A. 8th Cir. Certiorari denied.

No. 01–10156. WILLIAMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10159. BURGOS VEGA v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 01–10160. MEFFORD v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–10164. JAFFE v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY. Ct. App. Ariz. Certiorari denied.

No. 01–10165. ABORDO v. O'DELL, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–10169. MORALES v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–10171. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.